# UNITED STATES AIR FORCE
## COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM 24026** |
| **Appellant** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Joshua M. HUPP** | ) | |
| **Airman (E-2)** | ) | |
| **U.S. Air Force** | ) | **Panel 2** |
| **Appellee** | ) | |

On 31 January 2025, Appellant submitted a motion to withdraw from appellate review and motion to attach. Specifically, Appellant moved to attach (1) a DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant on 30 January 2025 and Appellant's counsel on 31 January 2025, and (2) the entry of judgment in Appellant's case, dated 10 October 2023.

The Government did not submit any opposition.

Accordingly, it is by the court on this 5th day of February, 2025,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Attach are **GRANTED.** Appellant's case is forwarded to the Appellate Records Branch (JAJM) for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2024 ed.).

FOR THE COURT

OLGA STANFORD, Capt, USAF
Chief Commissioner